

FILED
2022 Jan-24 AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

FILED
2022 Jan-24 AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

ELECTRONICALLY FILED
12/7/2021 3:46 PM
68-CV-2021-900622.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 68-<br>Date of Filing: 12/07/2021   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BRADINA BRAXTON v. FAMILY DOLLAR STORES OF ALABAMA, LLC**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO  **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** FUS002     12/7/2021 3:46:15 PM     /s/ ROGER KING FUSTON
                                     Date                      Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

DOCUMENT 2
Case 2:22-cv-00088-GMB   Document 1-1   Filed 01/24/22   Page 3 of 14

ELECTRONICALLY FILED
12/7/2021 3:46 PM
68-CV-2021-900622.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BESSEMER DIVISION

| | | |
|---|---|---|
| **BRADINA BRAXTON,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs | ) | CV-2021-_____ |
| | ) | |
| **FAMILY DOLLAR STORES OF ALABAMA, LLC,** | ) | |
| | ) | |
| There may be other entities whose true names and identities are unknown to the plaintiffs at this time who may be legally responsible for the claim(s) set forth herein who may be added by amendment by the plaintiff when their true names and identities are accurately ascertained by further discovery.  Until that time, the plaintiffs will designate these parties in accordance with ARCP 9(h).  The word "entity" used herein is intended to refer to and include any and all legal entities including individual persons, any and all forms of partnership any and all types of corporations and unincorporated associations.  The symbol by which these parties defendants are designated is intended to include more than one entity in the event that discovery reveals that the descriptive characterizations of the symbol applies to more than one "entity".  In the present action, the party defendants which the plaintiffs must include by descriptive characterization are as follows: | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **DEFENDANT A, B, and C**, the correct designation of the corporation or entity otherwise known and doing business as **FAMILY DOLLAR STORES OF ALABAMA, LLC;** | ) | |
| | ) | |
| **DEFENDANT D, E & F**, being the | ) | |

| | |
|---|---|
| **correct designation of the corporation** | ) |
| **or other legal entity who owned, in whole** | ) |
| **or in part, the entity otherwise known** | ) |
| **and doing business as FAMILY** | ) |
| **DOLLAR STORES OF ALABAMA** | ) |
| **LLC, and are otherwise unknown at this** | ) |
| **time, but will be added by amendment** | ) |
| **when ascertained;** | ) |
| | ) |
| **DEFENDANT G, H, and I, being the** | ) |
| **correct designation of those persons,** | ) |
| **corporations or other legal entity whose** | ) |
| **wrongful conduct contributed to cause** | ) |
| **the injuries and damages sustained by** | ) |
| **the Plaintiff as alleged herein, whose true** | ) |
| **and correct names are unknown to the** | ) |
| **Plaintiff at this time but will be added by** | ) |
| **amendment when ascertained;** | ) |
| | ) |
| **DEFENDANTS.** | ) |

## COMPLAINT

## STATEMENT OF THE PARTIES

1. The Plaintiff Bradina Braxton alleges that, at all times material herein, she is an adult citizen of Alabama, residing within the jurisdiction of this Court, in Jefferson County, Alabama.

2. The Plaintiff Bradina Braxton further alleges that the Defendant Family Dollar Stores of Alabama, LLC is an Alabama corporation licensed to do business in Jefferson County, Alabama, at all material times herein.

3. The Plaintiff Bradina Braxton further alleges that Fictitious Defendants A, B, and C, is the correct designation of the corporation or other entity otherwise known and doing business as the Family Dollar (Store #12100) located at 330 14th Street, Bessemer, Alabama,

2

whose true and correct name is unknown to the Plaintiff at this time but will be added by amendment when ascertained.

4. The Plaintiff Bradina Braxton further alleges that Fictitious Defendants D, E & F is the correct designation of the corporation or other legal entity who owned, in whole or in part, the company otherwise known and doing business as the Family Dollar (Store #12100) located at 330 14th Street, Bessemer, Alabama, whose true and correct name is unknown to Plaintiff at this time but will be added by amendment when ascertained.

5. The Plaintiff Bradina Braxton further alleges that Fictitious Defendants G, H & I is the correct designation of corporation or other legal entity whose wrongful conduct contributed to cause the injuries and damages sustained by the Plaintiff, whose true and correct names are unknown to the Plaintiff at this time but will be added by amendment when ascertained.

## STATEMENT OF THE FACTS

6. The Plaintiff Bradina Braxton alleges that on or about February 2, 2020, around 1:15 p.m., she was a patron and invitee at the Family Dollar (Store #12100) located 330 14th Street, Bessemer, Alabama. As she entered the front entrance, her foot caught on an entrance rug and/or mat that was bunched up and not laying flat on the floor. This caused her to trip and fall on her left side, injuring her shoulder, necessitating shoulder surgery.

## COUNT ONE

### (Negligence)

7. The Plaintiff Bradina Braxton adopts and incorporates by reference each and every allegation set forth in the State of the Parties and Statements of the Facts as if fully set out herein.

8. The Defendant Family Dollar Stores of Alabama, LLC and Fictitious Defendants A through I, is the owner and operator of the Family Dollar (Store #12100) located at 330 14th Street, Bessemer, Alabama, made the basis of this suit.

9. The Defendant Family Dollar Stores of Alabama, LLC and Fictitious Defendants A through I, had a duty to provide a reasonably safe premises and importantly, had a duty to ensure the front door entrance rug/mat was laying flat so as to not create a dangerous trip condition that caused Plaintiff Bradina Braxton to trip and fall.

10. The Defendant Family Dollar Stores of Alabama, LLC and Fictitious Defendants A through I, breached the duty to provide a reasonably safe premises to invitee Bradina Braxton and its patrons, by negligently allowing the front door entrance rug/mat to be bunched up and be a trip hazard to patrons entering the premises, like Bradina Braxton.

11. The Plaintiff Bradina Braxton further alleges as a direct and proximate result of said negligence on behalf of Defendant Family Dollar Stores of Alabama, LLC and its employees and Fictitious Defendants A through I, she was caused to suffer the following injuries:

- She suffered injuries to her left shoulder, requiring surgery;
- She was caused to suffer pain and discomfort;

- She was caused to incur medical and prescription expenses; and

- She was caused to be permanently injured.

WHEREFORE, the Plaintiff Bradina Braxton demands compensatory damages against the Defendant Family Dollar Stores of Alabama, LLC and Fictitious Parties A-I, whose true and correct names are unknown at this time, in an amount to be determined by a struck jury, plus interest and costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

_____
ROGER K. FUSTON (FUS002)
Attorney for Plaintiff

**OF COUNSEL:**
The Law Offices of Roger King Fuston
600 Luckie Drive, Suite 300
Birmingham, AL 35223
Phone: 205-977-9915
Fax: 205-977-9799
Email: roger@rogerkinglaw.com

**SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

Family Dollar Stores of Alabama, LLC
c/o Corporation Service Company
641 South Lawrence Street
Montgomery, AL 36104



AlaFile E-Notice

68-CV-2021-900622.00

To: ROGER KING FUSTON
rfuston@fpflaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BRADINA BRAXTON V. FAMILY DOLLAR STORES OF ALABAMA, LLC
68-CV-2021-900622.00

The following complaint was FILED on 12/7/2021 3:46:23 PM

Notice Date:     12/7/2021 3:46:23 PM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510



AlaFile E-Notice

68-CV-2021-900622.00

To: FAMILY DOLLAR STORES OF ALABAMA, LLC
C/O CORPORATION SVCS CO.
641 SOUTH LAWRENCE ST.
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BRADINA BRAXTON V. FAMILY DOLLAR STORES OF ALABAMA, LLC
68-CV-2021-900622.00

The following complaint was FILED on 12/7/2021 3:46:23 PM

Notice Date:     12/7/2021 3:46:23 PM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>68-CV-2021-900622.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BRADINA BRAXTON V. FAMILY DOLLAR STORES OF ALABAMA, LLC**

**NOTICE TO:** FAMILY DOLLAR STORES OF ALABAMA, LLC, C/O CORPORATION SVCS CO. 641 SOUTH LAWRENCE ST., MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ROGER KING FUSTON,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 600 Luckie Drive, Suite 300, BIRMINGHAM, AL 35223.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of BRADINA BRAXTON pursuant to the Alabama Rules of the Civil Procedure.

| 12/07/2021 | /s/ KAREN DUNN BURKS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ ROGER KING FUSTON
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)* *(Name of County)*

Alabama on _____ .
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BRADINA BRAXTON V. FAMILY DOLLAR STORES OF ALABAMA, LLC

68-CV-2021-900622.00

To:  CLERK BESSEMER
     clerk.bessemer@alacourt.gov

TOTAL POSTAGE PAID: $7.53

Parties to be served by Certified Mail - Return Receipt Requested

FAMILY DOLLAR STORES OF ALABAMA, LLC                     Postage: $7.53
C/O CORPORATION SVCS CO.
641 SOUTH LAWRENCE ST.
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Family Dollar Stores of Alabama
c/o Corp Svcs Co
641 So Lawrence St.
Montgomery, Al 36104

9590 9402 6142 0209 2724 49

2. Article Number (Transfer from service label)

7019 1640 0001 2941 5057

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly Webster   ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Kelly Webster                    12-27-21

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

JAN 2022 CV21-900622 S+C

[stamp: JEFFERSON COUNTY CIRCUIT CLERK BESSEMER DIVISION ALABAMA]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #



9590 9402 6142 0209 2724 49

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box®

OFFICE OF THE CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA
P.O. BOX 1310
BESSEMER, ALABAMA 35021-1310



AlaFile E-Notice

68-CV-2021-900622.00
Judge: ANNETTA H. VERIN

To: FUSTON ROGER KING
rfuston@fpflaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

BRADINA BRAXTON V. FAMILY DOLLAR STORES OF ALABAMA, LLC
68-CV-2021-900622.00

The following matter was served on 12/27/2021

**D001 FAMILY DOLLAR STORES OF ALABAMA, LLC**
**Corresponding To**
CERTIFIED MAIL

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510