FILED
2022 Jan-24 AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRADINA BRAXTON,** | ) |
| Plaintiff(s), | ) |
| v. | ) CIVIL ACTION NO.: |
| **FAMILY DOLLAR STORES OF ALABAMA, LLC,** | ) |
| Defendant(s). | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, Family Dollar Stores of Alabama, LLC, in accordance with Federal Rule of Civil Procedure 7.1, and provides the following information:

Family Dollar Stores of Alabama, LLC is a foreign limited liability company, which has a single member – Family Dollar Stores, Inc. Family Dollars Stores, Inc., which is a wholly-owned subsidiary of Dollar Tree, Inc., which is a publicly traded corporation.

/s/ Virginia F. Gambacurta
VIRGINIA F. GAMBACURTA (ASB-2046-I71F)
LAURA LANTRIP MACARTHUR (ASB-0464-N63W)
Attorneys for Defendant

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile:  (205) 822-2057
Email:      vgambacurta@carrallison.com
            lmacarthur@carrallison.com


**CERTIFICATE OF SERVICE**

 I hereby certify that on the 24th day of January, 2022, I have served a copy of the above and foregoing on counsel for all parties by:

  \_\_\_\_\_Facsimile transmission;
  \_\_\_\_\_Hand Delivery;
  \_\_\_\_\_Placing a copy of same in the United States Mail,
   properly addressed and first class postage prepaid to; and/or
    XX  Using the Alafile or CM/ECF system which will send
   notifications of such to the following:

Roger K. Fuston, Esq.
The Law Offices of Roger King Fuston
600 Luckie Drive, Suite 300
Birmingham, AL  35223
roger@rogerkinglaw.com


        /s/ Virginia F. Gambacurta
        OF COUNSEL